IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

JAMAAR JULIUS KING,

      Appellant,

 v.

Case No.  5D21-1365
LT Case No. 2013-CF-392-O

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed August 9, 2022

3.850 Appeal from the Circuit Court
for Osceola County,
Keith A. Carsten, Judge.

Jamaar J. King, Arcadia, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

    AFFIRMED.


LAMBERT, C.J., EVANDER and HARRIS, JJ., concur.